# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BENJAMIN COLLIER**                                                                 **PLAINTIFF**

**VS.**                              **CASE NO. 4:13CV00710 SWW**

**CAROLYN W. COLVIN,**
**Acting Commissioner, Social**
**Security Administration**                                                       **DEFENDANT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 29th day of July, 2014.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE