IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BENJAMIN COLLIER**  **PLAINTIFF**

VS.     CASE NO. 4:13CV00710 SWW

**CAROLYN W. COLVIN,**
**Acting Commissioner, Social**
**Security Administration**   **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 29th day of July, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE