# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BENJAMIN COLLIER**                                                                **PLAINTIFF**

**VS.**                          **CASE NO. 4:13CV00710 SWW**

**CAROLYN W. COLVIN,**
**Acting Commissioner, Social**
**Security Administration**                                                        **DEFENDANT**

## ORDER

Before the Court is Plaintiff's motion for attorney's fees under the Equal Access to Justice Act ("EAJA") (ECF Nos. 18, 19). The time for a response has passed, and the Commissioner has not responded. After careful consideration, the motion is granted.

On July 17, 2014, the Court granted the Commissioner's unopposed motion for reversal and remand. Now before the Court is Plaintiff's motion seeking $3,084.50 in attorney's fees, based on 19.9 hours of attorney work at the hourly rate of $155. With no objections filed, the Court finds that the requested fee award should be granted.

Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521 (2010), an award of EAJA fees belongs to the prevailing party, not that party's lawyer. Consistent with the Commissioner's usual procedure, the check awarding EAJA fees should

be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees (ECF No. 18) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded $3,084.50 in attorney's fees and expenses under the EAJA. Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA attorney's fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney, Mark E. Buchner, at the attorney's office.

IT IS SO ORDERED THIS 8th DAY OF JANUARY, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE